# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1305

**INLINE PLASTICS CORP., a Connecticut corporation,**

*Plaintiff - Appellant*

v.

**EASYPAK, LLC, a Massachusetts corporation,**

*Defendant - Appellee*

Appeal from the United States District Court for the District of Massachusetts in case no. 4:11-CV-11470-TSH United States District Judge Timothy S. Hillman

## MANDATE

In accordance with the judgment of this Court, entered August 27, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $1352.56 were determined and taxed against the appellee.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Chris K Bush
Clerk of Court, District of Massachusetts (Worcester)
Peter Cuomo
Anastasia Andreyevna Dubrovsky
Barry Kramer
Adam Phillip Samansky
Criag M. Scott
David John Silvia